**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          : Chapter 13
    **Cooper, Jr., Gregory**
        Debtor                                              : 17-16105

**AMENDED ORDER DIRECTING EMPLOYER* TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
PRC-Desoto International Inc
One PPG Place
Pittsburgh, PA 15272**

Re:    **Cooper, Jr., Gregory**
SSN:   xxx-xx-7324

    The future earnings of the above named debtor Cooper, Jr., Gregory, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of:   **$335.00 monthly for 8 months (Started on 10/1/2017), then the payment shall increase as of June 1, 2018 to $495 monthly for a period of 52 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$335.00 monthly for 8 months (Started on 10/1/2017), then the payment shall increase as of June 1, 2018 to $495 monthly for a period of 52 months to:**

    William C. Miller, Trustee, P.O. Box 1799, Memphis, TN  38101-1799

BY THE COURT:____*Magdeline D. Coleman*_____
                         JUDGE

July 5, 2018

PRC-Desoto International Inc
One PPG Place
Pittsburgh, PA 15272

Cooper, Jr., Gregory

5938 W. Jefferson Street
Philadelphia, PA 19151

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123