# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 17-16105-MDC

GREGORY  COOPER JR

5938 W. JEFFERSON STREET

PHILADELPHIA, PA 19151

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    GREGORY  COOPER JR

    5938 W. JEFFERSON STREET

    PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

Date: 7/12/2018

                                              /S/ William C. Miller
                                              _____
                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee