Certificate Number: 03088-PAE-DE-036773136

Bankruptcy Case Number: 17-16105



03088-PAE-DE-036773136

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 21, 2022</u>, at <u>10:48</u> o'clock <u>AM CDT</u>, <u>Gregory Cooper Jr.</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>August 21, 2022</u>          By:    <u>/s/Doug Tonne</u>

                                       Name:  <u>Doug Tonne</u>

                                       Title:  <u>Counselor</u>