United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Gregory Cooper, Jr.  
    Debtor

Case No. 17-16105-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Oct 28, 2022      Form ID: 138OBJ      Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory Cooper, Jr., 5938 W. Jefferson Street, Philadelphia, PA 19151-3916 |
| 13980437 | + | City Of Philadelphia, Parking Violations Branch, P.O. Box 56048, Phila., PA 19130-6048 |
| 13980440 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 13980444 | + | Pennsylvania Housing Finance Agency, c/o Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Phila., PA 19106-1541 |
| 13999638 | + | Philadelphia gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 28 2022 23:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2022 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14059817 | | Email/Text: megan.harper@phila.gov | Oct 28 2022 23:43:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13980436 | ^ | MEBN | Oct 28 2022 23:41:56 | Capital Bank, 1 Church St, Rockville, MD 20850-4190 |
| 13980438 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 28 2022 23:43:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, PO Box 82505, Lincoln, NE 68501-2505 |
| 13980441 | ^ | MEBN | Oct 28 2022 23:41:58 | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 13980442 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 28 2022 23:43:00 | Midland Funding, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 13980443 | + | Email/PDF: cbp@onemainfinancial.com | Oct 28 2022 23:50:35 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 13980445 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 28 2022 23:43:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14047277 | + | Email/Text: blegal@phfa.org | Oct 28 2022 23:43:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 13990239 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 28 2022 23:43:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 11

Case 17-16105-mdc    Doc 54    Filed 10/30/22    Entered 10/31/22 00:29:13    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 28, 2022 | Form ID: 138OBJ | Total Noticed: 16 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13980439 | *+ | Gregory Cooper, Jr., 5938 W. Jefferson Street, Philadelphia, PA 19151-3916 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JOHN L. MCCLAIN | on behalf of Debtor Gregory Cooper Jr. aaamcclain@aol.com, edpabankcourt@aol.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Gregory Cooper, Jr.
      Debtor(s)

Case No: 17−16105−mdc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/28/22