**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Cooper, Jr., Gregory | |
| Debtor | : 17-16105 |

**CERTIFICATE OF SERVICE OF
NOTICE OF TERMINATION OF WAGE ORDER**

I certify that on  October 31, 2022 , I mailed by regular first class mail and/or by electronic means a copy of the NOTICE OF TERMINATION OF WAGE ORDER filed by the court to the Debtor's employer listed below.

Dated: October 31, 2022

 "/s/" Mitchell J. Prince
John L. McClain, Esquire
Mitchell J. Prince, Esquire
Attorneys for debtor

**JOHN L. MCCLAIN & ASSOCIATES, PC
ATTORNEYS AT LAW
P.O. Box 123
Narberth, PA 19072**

PRC-Desoto International Inc
One PPG Place
Pittsburgh, PA 15272